**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 07, 2014
Docket #: 14-3700cv
Short Title: Forward Industries, Inc. v. Wise

DC Docket #: 14-cv-5365
DC Court: SDNY (NEW YORK CITY)
DC Judge: Rakoff

**NOTICE OF EXPEDITED APPEAL**

By notice filed September 26, 2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than November 12, 2014, 35 days from the date of this notice. Appellees' briefs are due no later than December 17, 2014 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8573.