# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Forward Industries, Inc. v. Wise          Docket No.: 14-3700

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Miriam Tauber

Firm: Skadden, Arps, Slate, Meagher & Flom LLP

Address: Four Times Square, New York, NY 10036

Telephone: 212-735-2838          Fax: 917-777-2838

E-mail: Miriam.Tauber@skadden.com

Appearance for: Terence Bernard Wise / Defendant - Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph N. Sacca / Skadden, Arps, Slate, Meagher & Flom LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Miriam Tauber

Type or Print Name: Miriam Tauber